# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

ONTARIO A. DAVIS,

   Plaintiff,

  v.

TIM HAINES and ELLEN K. RAY,

   Defendants.

### JUDGMENT IN A CIVIL CASE

**Case No.: 07-cv-667-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

**THERESA M. OWENS**

**Theresa M. Owens, Clerk**

**/s/ M. Hardin**

**by Deputy Clerk**

     **7/2/08**

     **Date**